# CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT

FOR THE US District Court DISTRICT OF Greenbelt, Maryland USDC- GREENBELT '26 OCT 8 PM1:59

(Name of District) (State In Which Court Is Located

Kenneth Scott ) AAQ 26 CV 4239
(Your Name) ) Miscellaneous No.
) (Will be filled in by Court Clerk)
Moveant )
) MOTION FOR ORDER PURSUANT
V ) TO CUSTOMER CHALLENGE
) PROVISIONS OF THE RIGHT TO
Architect of the Capitol ) FINANCIAL PRIVACY ACT
) OF 1978
Respondent )

Kenneth Scott hereby move this Court pursuant to
(Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 34019 et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking access is the Architect of the Capitol.

My financial records are held by Truist Financial
(Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

Kenneth Scott
(Your Signature)

1613 Howard Chapel Ct. Crofton, MD 21114
(Your Address)

240.893.0856
(Your Telephone Number)

**United States District Court for the District of Maryland Greenbelt Division**

**Kenneth Scott**, Movant v. **Architect of the Capitol, Office of Inspector General**, Respondent

I, **Kenneth Scott**, hereby move this Court pursuant to **Section 3410 of the Right to Financial Privacy Act of 1978**, 12 U.S.C. § 3401 et seq., for an order preventing the Government from obtaining access to my financial records. The agency seeking access is the **Architect of the Capitol Office of Inspector General (AOC OIG)**.

My financial records are held by: **Truist Financial**

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

**Respectfully submitted**

Kenneth Scott

Kenneth Scott