ARCHITECT OF THE CAPITOL

Office of Inspector General
499 South Capitol Street, SW, Suite 518
Washington, DC 20515
202.593.1948

www.aoc.gov

October 16, 2026

Truist Financial
214 North Tryon Street
Charlotte, NC 28202
(252) 246-2000
FIU-FulfillmentServices@truist.com

Dear Custodian of Records,

Enclosed with this letter is an Architect of the Capitol (AOC) Office of Inspector General (OIG) subpoena calling for the production of certain records/information. This subpoena is returnable in Washington, District of Columbia on the date and time specified in the subpoena before Senior Special Agent Meghan Blasi, a member of my staff, at the address indicated on the subpoena. The subpoena has been issued pursuant to the authority given to the Inspector General under the Architect of the Capitol Inspector General Act of 2007, 2 U.S.C. §1808, and the Inspector General Act of 1978, 5 U.S.C. § 406.

Original records/information must be provided in response to the subpoena, unless otherwise specified. At the time the records/information are produced, you will be asked to certify, by completing the enclosed Affidavit of Compliance, that the records/information produced are complete, authentic, and in full compliance with the subpoena.

Failure to appear at the time and place set forth and as specified in the subpoena will be taken as a failure to comply with the subpoena. In lieu of personal appearance, you may return the required documents/information via United States Certified Mail or express mail service that requires a signature, with return receipt requested to the Architect of the Capitol, Office of Inspector General, Suite 518, Fairchild Building, 499 S. Capitol Street, SW, Washington, D.C. 20515 or via protected email document to meghan.blasi@aoc.gov.

Should you have any questions regarding this subpoena, please do not hesitate to contact Senior Special Agent Meghan Blasi by phone at 202.213.5068 or email at meghan.blasi@aoc.gov.

Sincerely,

Luiz A. Santos, CFE, PMP
Inspector General
Enclosures

Scanned with CamScanner

# UNITED STATES OF AMERICA

## ARCHITECT OF THE CAPITOL

## OFFICE OF INSPECTOR GENERAL

### *SUBPOENA DUCES TECUM*

TO: Truist Financial
214 North Tryon Street
Charlotte, NC 28202
(252) 246-2000
FIU-FulfillmentServices@truist.com

*YOU ARE HEREBY COMMANDED TO APPEAR BEFORE* *Senior Special Agent Meghan Blasi, an official of the Office of Inspector General, Architect of the Capitol, 499 S. Capitol Street SW, Suite 518, in the City of Washington and in the District of Columbia on the November 2, 2026 by 3 o'clock p.m. of that day, in connection with an official investigation being conducted by the Office of Inspector General, Architect of the Capitol.*

*And you are hereby required to bring with you and produce at said time and place the following:*

**See attachment.**

*These documents, records and other information are necessary in the performance of the responsibilities of the Inspector General under Public Law 110-161 (2 U.S.C. § 1808) to conduct and supervise audits and investigations; to promote economy, efficiency and effectiveness in the administration of and, to prevent and to detect fraud and abuse in and relating to the programs and operations of the Architect of the Capitol.*

*IN TESTIMONY WHEREOF*

*the undersigned official of the Office of Inspector General of said ARCHITECT OF THE CAPITOL, has hereunto set His hand this 16th day of October 2026.*

Luiz A. Santos, Inspector General



THE ARCHITECT OF THE CAPITOL IS RESPONSIBLE TO THE U.S. CONGRESS FOR PRESERVING, MAINTAINING, AND ENHANCING THE NATIONAL TREASURES ENTRUSTED TO OUR CARE.

ARCHITECT OF THE CAPITOL

Scanned with CamScanner

ATTACHMENT

## I. INSTRUCTIONS

A. In complying with this subpoena, you are required to produce all responsive documents that are in your possession, custody, or control, whether held by you or your past or present agent, employee or representative acting on your behalf. You are also required to produce documents that you have a legal right to obtain, that you have a right to copy, or to which you have access, as well as documents that you have placed in the temporary possession, custody or control of any third party.

B. No documents called for by this request shall be destroyed, modified, removed, transferred, or otherwise made inaccessible. If you have knowledge that any subpoenaed document has been destroyed, discarded or lost, identify the subpoenaed document and provide an explanation of the destruction, discarding, loss, or disposal, and the date at which the document was destroyed, discarded, or lost.

C. This subpoena is continuing in nature. Any document not produced because it has not been located or discovered by the return date shall be provided immediately upon location or discovery subsequent thereto with an explanation of why it was not located or discovered until the return date.

D. If you believe any responsive documents are protected by a privilege, please provide a privilege log which (1) identifies any and all responsive documents to which the privilege is asserted, (2) sets forth the date, type, addressee(s), author(s), general subject matter, and indicated or known circulation of the document, and (3) states the privilege asserted in sufficient detail to ascertain the validity of the claim of privilege.

E. Production with respect to each document shall include all electronic versions and data files from email applications, as well as from word processing, spreadsheet, database, or other electronic data repositories applicable to any attachments, and shall be provided where possible in its native file format and shall include all original metadata for each electronic documents or data file.

## DEFINITIONS

A. "**Document**" means any written, recorded or graphic material of any kind that is in your possession, custody or control. The term includes, but is not limited to: contracts; agreements; rams; interoffice communications; memoranda; notes; reports; analyses;

CS Scanned with CamScanner

worksheets; spreadsheets; notebooks; surveys; lists; outlines; schedules; pamphlets; newsletters; flyers; charts; logbooks; tabulations; compilations; studies; books; records; telephone books or messages; visitor books; calendar or diary entries; desk or appointment calendars; drafts; business cards; minutes or meetings or conferences; notes or memos or other records of telephone or other conversations or communications; electronic transmissions (including emails, text messages, instant messaging, chat rooms, electronic bulletin boards); ledgers; financial statements; bank statements; bills or invoices; purchase orders; receipts; photographs; microfilm; microfiche; audio and video tape or disc recordings; and computer printouts. It also includes electronically stored data and electronic files, stored on file servers, e-mail servers, hard drives, or other electronic storage media within your control from which information can be obtained either directly or by translation through detection devices or readers. Any such document is to be produced in reasonably usable form, electronic and searchable, along with instructions for reading the data. Any such electronically stored information must be preserved in its native format. The term "document" includes the original (or a copy thereof if the original is not available) and all copies that differ in any respect from the original or that bear any notation, marking or information not on the original. "Document" shall also include all documents, materials, transmissions and information, including Electronically Stored Information within the meaning of the Federal Rules of Civil Procedure.

B. **"Electronically Stored Information"** or **"ESI"** shall mean the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise), regardless of origin or location, of any writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations stored in any electronic medium from which information can be obtained either directly or, if necessary, after translation by you into a reasonably usable form. This includes, but is not limited to, electronic mail, instant messaging, videoconferencing, and other electronic correspondence (whether active, archived, or in a deleted items folder), word processing files, spreadsheets, databases, and video and sound recordings, whether stored on: cards; magnetic or electronic tapes; disks; computer hard drives, network shares or servers, or other drives; cloud-based platforms; cell phones, personal digital assistants ("PDAs"), computer tablets, or other mobile devices; or other storage media.

C. **"Referring to"** or **"relating to"** shall mean discussing, describing, reflecting, regarding, containing, analyzing, studying, reporting, commenting on, evidencing, constituting, setting forth, considering, recommending, concerning, or pertaining to, in whole or in part.

CS Scanned with CamScanner

D. The terms "**including**" and "**includes**" shall be construed broadly so that specification of any particular type of document shall not be construed to exclude other types of documents that are nevertheless responsive but not specifically identified.

E. "**Communications**" refers to exchanges kept in any form, whether written, electronic, e-mail, text, telephone, or other, and is meant to be interpreted broadly in accordance with Federal Law.

F. Entities identified by name, including SunTrust and/or Truist Bank shall be construed broadly to include any subsidiary, affiliate, successor-in-interest, or related corporate entity, as well as any employee, representative, contractor, affiliate, or vendor.

## III. REQUEST FOR DOCUMENTS

For the period of May 1, 2011, to the present:

Please provide any and all records in your possession or control that in any way relate to the following individuals and accounts and to any checking, savings, loan or other accounts for, by, or on behalf of, either individually or on behalf of, in trust for, or in combination with any other person or entity:

> **Account:** 0000891344012 (SunTrust account and any subsequent accounts related to this one maintained by Truist Bank)

<u>These records are to include, but not limited to, the following:</u>

A. <u>All Open And Closed Accounts:</u> All records pertaining to the individual(s) or business entities identified in this request whether held jointly or severally or as trustee or fiduciary as well as custodian, executor or guardian, as well as any other entity in which these individual(s) or entities may have a financial interest; includes all accounts in which these individuals had signatory authority and/or the right of withdrawal; these records should include, but are not limited to, the following: photocopies of the signature card, monthly statements of account and all checks issued from or deposits made, to include any corporate entities of identification.

B. <u>Savings Accounts Records:</u> including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, and Forms 1099 issued.

C. <u>Checking Account Records:</u> including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account(s), records pertaining to all debit and credit memos, and Forms 1099 issued.

D. <u>Loan Records:</u> including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement

Scanned with CamScanner

sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount, and method of repayment, checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

E. Safe Deposit Box Records: including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment.

F. Certificate of Deposit and Money Market Certificates: including applications, actual instrument(s), records of purchases and redemptions, checks issued on redemption, checks used to purchase certificates, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, and checks issued for interest payments.

G. U.S. Treasury Notes and Bills: all records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

H. Credit Card Records: including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method of repayment, checks used to make repayments (front and back).

I. Purchases of Bank Checks: purchases of bank checks, cashier, teller, traveler's checks records, or money order records, including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

J. Other Records: records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your financial institution, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions; all correspondence with the above individual(s)/entities and/or with third parties regarding the above individual(s)/entities; all memoranda, notes, files, or records relating to meetings or conversations concerning the above individual(s)/entities.

K. ATM / Teller Logs and Surveillance: Any surveillance video footage to include photographs or video of deposit and withdraws transactions into/from the account to include in-branch and ATM transactions, along with corresponding teller journals, ATM logs, and system information. Any and all video or photographic surveillance records related to transactions conducted affecting identified accounts.

**IN LIEU OF YOUR PERSONAL APPEARANCE,**
compliance with this subpoena may be accomplished by furnishing the requested records, preferably in non-proprietary electronic format via secure e-mail, FedEx, UPS, or DHL, no later than November 2, 2026, to:

Meghan Blasi
Senior Special Agent
AOC OIG
Meghan.Blasi@aoc.gov

Scanned with CamScanner

ARCHITECT OF THE CAPITOL
Office of Inspector General
499 South Capitol Street, SW, Suite 518
Washington, DC 20515
202.593.1948
www.aoc.gov

# AFFIDAVIT OF COMPLIANCE WITH SUBPOENA

I, ______________________________________________, am the Custodian of Records for Truist Bank, having knowledge of the facts and circumstances relating to the production of documentary materials in response to the Architect of the Capitol Office of Inspector General's (OIG's) Subpoena Duces Tecum addressed to the Custodian of Records for Truist Bank, and served on_______________________________, do hereby declare that I have conducted and/or caused to be conducted a search of all of my records where documents responsive to the subpoena may be found. I hereby declare that, to the best of my knowledge, I have produced to the OIG all of the documents in my and Truist Bank's custody or control that are responsive to the subpoena, and that all of the records provided are complete, authentic and in full compliance with the subpoena. I have not altered, discarded or destroyed any of the records requested in the subpoena and I know of no such alterations or destruction of relevant documents.

I hereby declare under penalty of perjury that the foregoing is true and correct.

______________________________
(Signature)

______________________________
(Name/Date)

______________________________
(Witness Signature)

______________________________
(Name/Date)

**NOTE:** PURSUANT TO TITLE 18 U.S.C., SECTION 1001, IT IS UNLAWFUL TO MAKE ANY FALSE, FICTITIOUS, OR FRAUDULENT STATEMENT OR REPRESENTATIONS IN ANY MATTER WITHIN THE JURISDICTION OF THE ARCHITECT OF THE CAPITOL OFFICE OF INSPECTOR GENERAL.

CS Scanned with CamScanner

ARCHITECT OF THE CAPITOL

Office of Inspector General
499 South Capitol Street, SW, Suite 518
Washington, DC 20515
202.593.1948

www.aoc.gov

# NOTICE TO CUSTOMER

September 30, 2026

Mr. Kenneth Scott
1613 Howard Chapel Court
Crofton, MD 21114

Dear Mr. Scott,

Records or information concerning your transactions held by the financial institution named in the attached subpoena are being sought by the Architect of the Capitol Office of Inspector General, in accordance with the Right to Financial Privacy Act of 1978, 12 U.S.C. Section 3401through 3422, for the following purpose(s):

> To refute or support allegations that you provided false information during the approximate period of June 26, 2020 to present in order to fraudulently receive Economic Injury Disaster Loan government benefits, in violation of Title 18 of the United States Code, Section 1343, Fraud.

If you desire that such records or information not be made available, you must:

(1) Fill out the accompanying motion paper and sworn statement (as indicated by the instructions beneath each blank space) or write one of your own, stating that you are the customer whose records are being requested by the Government, and either giving the reasons you believe that the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

(2) File the motion and sworn statement by mailing or delivering them to the Clerk of any one of the following United States District Courts:

District of Columbia District Court
E. Barrett Prettyman United States Courthouse
333 Constitution Ave, NW
Washington, D.C. 20001
(202) 354-3000

Scanned with CamScanner

Maryland District Court – Greenbelt, MD
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0660

North Carolina Western District Court – Charlotte, NC
Charles R. Jonas Federal Building
401 West Trade Steet
Charlotte, NC 28202
(704) 350-7400

(It would simplify the proceeding if you would include with your motion and sworn statement a copy of the attached subpoena, as well as a copy of this notice.)

(3) Serve the Government authority requesting the records by mailing (by registered or certified mail) or by delivering a copy of your motion and sworn statement to: **Architect of the Capitol, Office of Inspector General, Attn: Investigations Division, 499 South Capitol St, SW, Suite 518, Washington, DC 20515.**

(4) You do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights.

(5) Be prepared to come to court and present your position in further detail.

If you do not follow the above procedures, upon the expiration of ten days from the date of service or fourteen days from the date of mailing of this notice, the records or information requested therei may be made available. These records may be transferred to other Government authorities for legitimate law enforcement inquiries, in which event you will be notified after the transfer.

Sincerely,

Meghan Blasi
Senior Special Agent

Enclosures

Subpoena Duces Tecum
Appendix A Statement of Customer Rights under the Right to Financial Privacy Act of 1978
Instructions for Completing and Filing Motion and Sworn Statement
Motion Form
Sworn Statement Form
Certificate of Service

CS Scanned with CamScanner

**CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS TO FINANCIAL RECORDS IN THE UNITED STATES DISTRICT COURT**

FOR THE ______________ DISTRICT OF ________________________________
(Name of District) (State In Which Court Is Located)

| | | |
|---|---|---|
| ______________________ | ) | Miscellaneous No. ______________ |
| (Your Name) | ) | (Will be filled in by Court Clerk) |
| | ) | |
| | ) | |
| Moveant | ) | |
| | ) | MOTION FOR ORDER PURSUANT |
| V. | ) | TO CUSTOMER CHALLENGE |
| | ) | PROVISIONS OF THE RIGHT TO |
| Architect of the Capitol | ) | FINANCIAL PRIVACY ACT |
| | ) | OF 1978. |
| Respondent | ) | |

____________________________________ hereby move this Court pursuant to
(Your Name)

Section 3410 of the Right to Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the Government from obtaining access to my financial records. The agency seeking access is the Architect of the Capitol.

My financial records are held by ____________________________________.
(Name of Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

____________________________________
(Your Signature)

____________________________________
(Your Address)

____________________________________
(Your Telephone Number)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

CS Scanned with CamScanner

**CUSTOMER'S SWORN STATEMENT FOR FILING A CHALLENGE IN THE UNITED STATES DISTRICT COURT**

FOR THE _______________ DISTRICT OF ______________________________________
(Name of District) (State In Which Court Is Located)

| | | |
|---|---|---|
| ______________________________ | ) | Miscellaneous No. ________________ |
| (Customer's Name) | ) | (Will be filled in by Court Clerk) |
| | ) | |
| Movant | ) | |
| | ) | <u>SWORN STATEMENT OF MOVEANT</u> |
| V. | ) | |
| | ) | |
| Architect of the Capitol | ) | FINANCIAL PRIVACY ACT OF 1978 |
| | ) | |
| Respondent | ) | |

I, ____________________________, (<u>am presently/was previously</u>) a customer of
(Customer's Name) (Show One)

________________________________________________, and I am the customer whose records are
(Name of Financial Institution)

being requested by the Government.

The financial records sought by the Architect of the Capitol are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because ____________________

______________________________________________________, or should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that

________________________________________________________________________________

or should not be disclosed on the following other legal basis: __________________________________

________________________________________________________________________________

________________________________________________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

__________ ______, __________ ______________________________
(Month) (Day) (Year) (Customer's Signature)

Right to Financial Privacy Act of 1978, Title 12 United States Code, Section 3410

CS Scanned with CamScanner

**STATEMENT OF CUSTOMER RIGHTS UNDER THE FINANCIAL PRIVACY ACT OF 1978**

Federal law protects the privacy of your financial records. Before banks, savings and loan associations, credit unions, credit card issuers, or other financial institutions may give financial information about you to a federal agency, certain procedures must be followed.

CONSENT TO FINANCIAL RECORDS: You may be asked to consent to the financial institution making your financial records available to the Government. You may withhold your consent, and your consent is not required as a condition of doing business with any financial institution. If you give your consent, it can be revoked in writing at any time before your records are disclosed. Furthermore, any consent you give is effective for only three months, and your financial institution must keep a record of the instances in which it discloses your financial information.

WITHOUT YOUR CONSENT: Without your consent, a federal agency that wants to see your financial records may do so ordinarily only by means of a lawful subpoena, summons, formal written request, or search warrant for that purpose. Generally, the federal agency must give you advance notice of its request for your records explaining why the information is being sought and telling you how to object in court. The federal agency must also send you copies of court documents to be prepared by you with instructions for filling them out. While these procedures will be kept as simple as possible, you may want to consult an attorney before making a challenge to a federal agency's request.

EXCEPTIONS: In some circumstances, a federal agency may obtain financial information about you without advance notice or your consent. In most of these cases, the federal agency will be required to go to court for permission to obtain your records without giving you advance notice. In these instances, the court will make the Government show that its investigation and request for your records are proper. When the reason for the delay of notice no longer exists, you will usually be notified that your records were obtained.

TRANSFER OF INFORMATION: Generally, a federal agency that obtains your financial records is prohibited from transferring them to another federal agency unless it certifies that the transfer is proper and sends a notice to you that your records have been sent to another agency.

PENALTIES: If the federal agency or financial institution violates the Right to Financial Privacy Act, you may sue for damages or seek compliance with the law. If you win, you may be repaid your attorney's fee and other costs.

ADDITIONAL INFORMATION: If you have any questions about your rights under this law, or about how to consent to release your financial records, please call the official whose name and telephone number appear below:

______________________________

Meghan Blasi
Senior Special Agent
Architect of the Capitol Office of Inspector General
499 South Capitol St, SW, Suite 518, Washington, DC 20515
202.213.5068

CS Scanned with CamScanner

## INSTRUCTIONS FOR COMPLETING AND FILING THE ATTACHED MOTION AND SWORN STATEMENT

1. Except where signatures are required, the indicated information should be either typed or printed legibly in ink in the spaces provided on the attachment motion and sworn statement forms. The information required for each space is described in parentheses under each space to be completed.

2. The most important part of your motion is the space on the "sworn statement" form where you must state your reasons for believing that the financial records sought are not relevant to the legitimate law enforcement inquiry stated in the attached notice. You may also challenge the government's access to the financial records if there has not been substantial compliance with the Right to Privacy Act or for any other reasons allowed under the law. You should state the facts that are the basis for your challenge as specifically as you can.

3. To file your motion with the court, either mail or deliver the original and the proper number of copies, as well as, any required filing fee, to the Clerk of the Court. The filing fee can be paid with cash, certified check, or money order. You are required to check with the Clerk of the Court for the district in which you intend to file to ascertain the correct filing fee and correct number of copies required for filing, as well as to ascertain any other local rules of court that may exist.

4. One copy of your challenge papers (motion and sworn statement) and Certificate of Service must be delivered or mailed (by registered or certified mail) to the government official whose name appears in item 3 of the customer notification letter.

5. If you have further questions, contact the government official whose name and telephone appear on the Customer Notice.

CS Scanned with CamScanner